UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In the Matter of the Search of:

A single-family residence
located at 1730 Cortez Road,
Jacksonville, Duval County,
Florida, as more Particularly
described in Attachment B

Case No. 3:07-mc-6-J-32HTS

_____

**O R D E R**

This case was initiated by the Motion for Return of Property (Doc. #2; Motion). Ultimately, the government took the position the Motion had become moot and should be denied as such. Government's Response to Motion for Return of Property (Doc. #8; Response) at 1-2. However, Ms. Chrissman has now filed the Supplement to Pending Motion for Return of Property (Doc. #5; Supplement).[1] Rather than seeking the return of property, she currently requests an order directing the United States to disclose: 1) the whereabouts of her vehicle and the authority relied upon to transfer possession to a third party; 2) the search warrant affidavit underlying the original seizure; 3) all paperwork issued by any governmental entity justifying a second seizure; and 4) a full inventory listing the items seized from her vehicle by the United States. Supplement at 3-4.

---

[1] Although the Supplement precedes the Response on the present docket for the case, it was actually filed in part as a reply thereto.

As it appears the facts and issues have evolved significantly since the Motion was filed, the Supplement will be allowed to serve as the viable pending instrument. The government shall file its response thereto within ten (10) days from the date of this Order. Of course, to the extent practicable, the parties are encouraged to reach an amicable resolution of the matter within the same time period.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of March, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of record
 and pro se parties, if any