**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In the Matter of the Search of:

A single-family residence located
at 1730 Cortez Road, Jacksonville,   Case No. 3:07-mc-6-J-32HTS
Duval County, Florida, as more
particularly described in Attachment B

## ORDER

This case is before the Court on the June 28, 2007 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 16) which recommends that the operative motion (Doc. 5)[1] underlying this miscellaneous case be dismissed without prejudice to the filing of an independent civil action. No objections have been filed and the time in which to do so has now passed. Accordingly, upon independent review of the file, it is hereby

**ORDERED**:

1.  The Report and Recommendation (Doc. 16) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.  The Motion (Doc. 5) underlying this miscellaneous case is **DISMISSED without prejudice** to the filing of an independent civil action.

3.  The Clerk is directed to **close** the file.

---

[1] Doc. 5 supplements and replaces Doc. 2, which the Clerk shall terminate. See Order, Doc. 10.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of July, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Howard T. Snyder
United States Magistrate Judge

counsel of record